**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.<br><br>　　　　　Defendant. | CIVIL CASE NO:<br><br>3:17-cv-01813-MPS<br><br><br><br><br>DECEMBER 21, 2017 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiff, David Smelser, individually and on behalf of others similarly situated, and through their undersigned attorneys, hereby move for admission *pro hac vice* of their counsel, Dustin W. Massie, so that he may represent the plaintiffs in the above-captioned matter before this Court. In support of this motion, Plaintiffs, by their counsel, have attached the Affidavit of Dustin W. Massie (Exhibit A) and a Certificate of Good Standing for Dustin W. Massie (Exhibit B).

WHEREFORE, Plaintiffs respectfully requests that this Court should grant Plaintiffs' Motion for the Admission of Dustin W. Massie *pro hac vice*.

Plaintiffs,
DAVID SMELSER, individually and on behalf of others similarly situated,

By their attorneys,

 */s/ Richard Hayber*
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888 (telephone)
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com

Dustin W. Massie, *pro hac vice anticipated*
Baillon Thome Jazwiak & Wanta, LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN  55402
(612) 252-3570 (telephone)
(612) 252-3571 (facsimile)
dmassie@baillonthome.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, a copy of this document was filed electronically [and service made by mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Courts system.

 */s/ Richard Hayber*
Richard E. Hayber

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>Defendant. | CIVIL CASE NO: 3:17-cv-01813-MPS<br><br><br>DECEMBER 7, 2017 |

## AFFIDAVIT OF DUSTIN W. MASSIE

I, Dustin W. Massie, being duly sworn, do hereby depose and state as follows:

1. I am an attorney at the firm of Baillon Thome Jazwiak & Wanta, LLP, 100 South Fifth Street, Suite 1200, Minneapolis, MN  55402.  My telephone number is (612) 252-3570, my fax number is (612) 252-3571, and my email is dmassie@baillonthome.com.

2. I am a member of good standing of the bar of the State of Minnesota.  My bar number is: 396061.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. I am not subject to any pending disciplinary proceedings.

5. I have not been denied admission or been disciplined by, resigned from, or surrendered my license to practice before or withdrawn an application for admission to practice before this Court or any other Court, while facing a disciplinary complaint.

6. I have fully reviewed, and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Richard E. Hayber, my sponsoring attorney, as my agent for service of process. I also designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Signed under the pains and penalties of perjury this 7th day of December 2017.

_____
Dustin W. Massie

Subscribed and sworn to before me this 7th day of December 2017.

_____

JEREMY STEVEN REICHENBERGER
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019

2

# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_____ District of Minnesota _____

## CERTIFICATE OF GOOD STANDING

I, _____Richard D. Sletten_____, Clerk of this Court, certify that

\_\_\_\_Dustin W. Massie\_\_\_\_, Bar # \_\_\_\_396061\_\_\_\_, was duly admitted to practice in this Court on \_\_\_July 9, 2014\_\_\_, and is in good standing as a member of the Bar of this Court.

Dated at \_\_\_Minneapolis\_\_\_ on \_\_\_December 7, 2017\_\_\_.

RICHARD D. SLETTEN, CLERK

(By)   Sarah Erickson, Deputy Clerk