# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>      Defendant. | CIVIL CASE NO: 3:17-cv-01813-MPS<br><br><br><br><br>DECEMBER 21, 2017 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiff, David Smelser, individually and on behalf of others similarly situated, and through his undersigned attorneys, hereby moves for admission *pro hac vice* of his counsel, Shawn J. Wanta, so that he may represent the Plaintiff in the above-captioned matter before this Court.  In support of this motion, Plaintiff, by his counsel, has attached the Affidavit of Shawn J. Wanta (Exhibit A) and a Certificate of Good Standing for Shawn J. Wanta (Exhibit B).

WHEREFORE, Plaintiff respectfully requests that this Court should grant Plaintiff's Motion for the Admission of Dustin W. Massie *pro hac vice*.

Plaintiff,
DAVID SMELSER, individually and on behalf
of others similarly situated,

By his attorneys,

 /s/ Richard Hayber
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888 (telephone)
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com


Shawn J. Wanta, *pro hac vice anticipated*
Dustin W. Massie, *pro hac vice anticipated*
Baillon Thome Jazwiak & Wanta, LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN  55402
(612) 252-3570 (telephone)
(612) 252-3571 (facsimile)
sjwanta@baillonthome.com
dmassie@baillonthome.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of this document was filed

electronically [and service made by mail to anyone unable to accept electronic filing].

Notice of this filing will be sent by email to all parties by operation of the Courts

electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties

may access this filing through the Courts system.


 /s/ Richard Hayber
Richard E. Hayber

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>    Defendant. | CIVIL CASE NO: 3:17-cv-01813-MPS<br><br><br><br>DECEMBER 7, 2017 |

### AFFIDAVIT OF SHAWN J. WANTA

I, Shawn J. Wanta, being duly sworn, do hereby depose and state as follows:

1. I am an attorney at the firm of Baillon Thome Jazwiak & Wanta, LLP, 100 South Fifth Street, Suite 1200, Minneapolis, MN 55402. My telephone number is (612) 252-3570, my fax number is (612) 252-3571, and my email is sjwanta@baillonthome.com.

2. I am a member of good standing of the bar of the State of Minnesota. My bar number is: 389164.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. I am not subject to any pending disciplinary proceedings.

5. I have not been denied admission or been disciplined by, resigned from, or surrendered my license to practice before or withdrawn an application for admission to practice before this Court or any other Court, while facing a disciplinary complaint.

6. I have fully reviewed, and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Richard E. Hayber, my sponsoring attorney, as my agent for service of process. I also designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Signed under the pains and penalties of perjury this 7th day of December 2017.


_____

Shawn J. Wanta


Subscribed and sworn to before me this 7th day of December 2017.


_____

JEREMY STEVEN REICHENBERGER
Notary Public
State of Minnesota
My Commission Expires
January 31, 2019

2

# EXHIBIT B

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
_____ District of Minnesota _____

## CERTIFICATE OF GOOD STANDING

I, _____ Richard D. Sletten _____, Clerk of this Court, certify that

____ Shawn J. Wanta ____, Bar #____ 389164 ____, was duly admitted to practice in this

Court on ____ March 27, 2009 ____, and is in good standing as a member of the Bar

of this Court.

Dated at ____ Minneapolis ____ on ____ December 7, 2017 ____.

RICHARD D. SLETTEN, CLERK

____                                              _____
(By)   Sarah Erickson, Deputy Clerk