IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals, Plaintiff | : : : : |
| v. | Civil Case No. 3:17-cv-01813 : : |
| MARTIN'S FAMOUS PASTRY SHOPPE, INC., Defendant | : : : |

## AFFIDAVIT OF CAROL STEINOUR YOUNG
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA     :
                                 :  SS:
COUNTY OF DAUPHIN                :

Carol Steinour Young, being duly sworn, deposes and says:

1. I am a member of the law firm of McNees Wallace & Nurick LLC, attorneys for Defendant Martin's Famous Pastry Shoppe, Inc. (hereinafter referred to as "Martin's"), in the above-captioned matter and submit this Affidavit in support of my motion to be admitted *pro hac vice* in this action for the purpose of representing Martin's. If called to testify, I could and would competently testify to the matters set forth herein.

2. I am not a resident of the State of Connecticut, and am not regularly engaged in business or professional activities in Connecticut.

3. My business address is 100 Pine Street, P. O. Box 1166, Harrisburg, PA 17108-1166. My telephone number is (717) 237-5342, my fax number is (717) 260-1748, and my email address is csteinour@mcneeslaw.com.

4. I was admitted to the Bar of the Commonwealth of Pennsylvania on November 17, 1989. I am also admitted to practice in the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania and the United States Court of Appeals for the Third Circuit.

5. I am currently a member in good standing in each of these jurisdictions.

6. I have never been suspended, disbarred, or resigned from the practice of law in any jurisdiction as a result of a disciplinary charge, investigation or proceeding, and I have no disciplinary proceeding pending in any jurisdiction. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court of any other court. I have never been refused admission or disciplined by this court or any other court.

7. I have carefully reviewed and am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Rules of the United States District Court for the District of Connecticut. I agree to be bound by them.

8. I have never before appeared in any case in the Courts of the State of Connecticut or in the United States District Court for the District of Connecticut.

9. I do not request the modification of any scheduling order or deadlines based upon my application for admission as a visiting lawyer in this case.

10. I have been requested by Martin's Famous Pastry Shoppe, Inc. to appear as lead counsel for them in this matter.

11. In addition, good cause exists for my admission *pro hac vice* because my firm has a longstanding attorney-client relationship with Defendant Martin's.

12. I agree to be subject to the Orders of this Court and amenable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I further agree to the appointment of Joseph G. Fortner, Jr., of Halloran & Sage LLP, Hartford, Connecticut, for service of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

WHEREFORE, I respectfully request that I be admitted to represent Defendant Martin's Famous Pastry Shoppe, Inc., in this matter as a Visiting Lawyer.

Carol Steinour Young
PA I.D. No. 55969
McNEES WALLACE & NURICK LLC
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
(717-237-5342)
csteinour@mcneeslaw.com

Sworn to and subscribed
before me this 5th day
of January, 2018.

Michele S. Beery
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Michele S Beery, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires July 14, 2018



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Carol A. Steinour Young, Esq.*

**DATE OF ADMISSION**

*November 17, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 19, 2017

Elizabeth E. Zisk
Chief Clerk