UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals, ) ) | CIVIL ACTION NO. NO.  3:17CV-01813-MPS |
| Plaintiff, ) ) ) | |
| V. ) ) | |
| MARTIN'S FAMOUS PASTRY SHOPPE, INC. ) ) | |
| Defendant. ) | JANUARY 8, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of Civil Procedure of the United States District Court, District of Connecticut, I, Joseph G. Fortner, Jr., hereby move this Court for an Order for admission for Devin J. Chwastyk to practice *Pro Hac Vice* to appear as counsel for Defendant, Martin's Famous Pastry Shoppe, Inc., and in support thereof attach the Affidavit of Devin J. Chwastyk.

As noted in his Affidavit, Mr. Chwastyk is a member in good standing of the Bar of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and the United States Court of Appeals for the Third and Ninth Circuits.  He has never been disbarred, suspended or otherwise disciplined, nor denied admission to any court.  His Affidavit provides further details, as well as his office address, telephone number, fax number, and e-mail address.  He has designated the undersigned for service of papers.

Accompanying this Motion is payment to the Clerk of this Court of a fee of $75.00, as required by Local Rule 83.1(d)(3).

Given the contents of his Affidavit and the foregoing, it is submitted that all requirements for the admission Attorney Chwastyk as a Visiting Attorney have been

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

met, pursuant to Local Rule 83.1(d). Accordingly, it is respectfully requested that this Motion for Admission Pro Hac Vice be granted.

Dated at Hartford, Connecticut this 8th day of January 2018.

>THE DEFENDANT:
>MARTIN'S FAMOUS PASTRY SHOPPE, INC.
>
>By_____
>Joseph G. Fortner, Jr. of
>HALLORAN & SAGE LLP
>225 Asylum Street
>Hartford, CT 06103
>Fed. Bar #ct 04602
>Phone: 860 297-4609
>Fax:    860-548-0006
>fortner@halloransage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 8th day of January, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Joseph G. Fortner, Jr.

5177944v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105