IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID SMELSER, individually and on :
behalf of all similarly situated individuals, :
　　　　　　　Plaintiff :
　　　　　　　　　　　　　　　 :　　Civil Case No. 3:17-cv-01813
　　　　　　　　　　　　　　　 :
v. :
　　　　　　　　　　　　　　　 :
MARTIN'S FAMOUS PASTRY :
SHOPPE, INC.. :
　　　　　　　Defendant :

## AFFIDAVIT OF DEVIN J. CHWASTYK
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA :
　　　　　　　　　　　　　　　 :　　SS:
COUNTY OF DAUPHIN :

Devin J. Chwastyk, being duly sworn, deposes and says:

1.　　I am of counsel with the law firm of McNees Wallace & Nurick LLC, attorneys

for Defendant Martin's Famous Pastry Shoppe, Inc. (hereinafter referred to as "Martin's"), in the

above-captioned matter and submit this Affidavit in support of my motion to be admitted *pro hac*

*vice* in this action for the purpose of representing Martin's. If called to testify, I could and would

competently testify to the matters set forth herein.

2.　　I am not a resident of the State of Connecticut, and am not regularly engaged in

business or professional activities in Connecticut.

3.　　My business address is 100 Pine Street, P. O. Box 1166, Harrisburg, PA 17108-

1166. My telephone number is (717) 237-5482, my fax number is (717) 260-1673, and my email

address is dchwastyk@mcneeslaw.com.

4.      I was admitted to the Bar of the Commonwealth of Pennsylvania on December 1, 2003.  I am also admitted to practice in the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the United States Courts of Appeals for the Third and Ninth Circuits.

5.      I am currently a member in good standing in each of these jurisdictions.

6.      I have never been suspended, disbarred or resigned from the practice of law in any jurisdiction as a result of a disciplinary charge, investigation or proceeding, and I have no disciplinary proceeding pending in any jurisdiction.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court of any other court.  I have never been refused admission or disciplined by this court or any other court.

7.      I have carefully reviewed and am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Rules of the United States District Court for the District of Connecticut.  I agree to be bound by them.

8.      I have never before appeared in any case in the Courts of the State of Connecticut or in the United States District Court for the District of Connecticut.

9.      I do not request the modification of any scheduling order or deadlines based upon my application for admission as a visiting lawyer in this case.

10.     I have been requested by Martin's Famous Pastry Shoppe, Inc. to appear as counsel for them in this matter.

11. In addition, good cause exists for my admission *pro hac vice* because my firm has a longstanding attorney-client relationship with Defendant Martin's.

12. I agree to be subject to the Orders of this Court and amenable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I further agree to the appointment of Joseph G. Fortner, Jr., of Halloran & Sage LLP, Hartford, Connecticut, for service of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

WHEREFORE, I respectfully request that I be admitted to represent Defendant Martin's Famous Pastry Shoppe, Inc., in this matter as a Visiting Lawyer.

Devin J. Chwastyk
PA I.D. No. 91852
McNEES WALLACE & NURICK LLC
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
(717-237-5482)
dchwastyk@mcneeslaw.com

Sworn to and subscribed
before me this _3rd_ day
of January ___, 2018.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Blanca I. Kristich, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires March 12, 2019



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Devin John Chwastyk, Esq.*

**DATE OF ADMISSION**

*December 1, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  December 19, 2017**

Elizabeth E. Zisk
Chief Clerk