UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>-v-<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>Defendant. | Civil Case No. 3:17-cv-01813-MPS<br><br><br><br>January 6, 2020 |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLETIVE ACTION SETTLEMENT**

Plaintiff David Smelser, individually and on behalf of each of the Settlement Group Members[1] by and through his attorneys, hereby moves the Court for an order granting Final Approval of the collective action Settlement in this Litigation. Plaintiff respectfully moves the Court for an Order as follows:

1. Granting final approval of the Settlement Agreement reached by the Parties and submitted herewith;

2. Finally certifying, for settlement purposes only, the following class pursuant to section 216(b) of the FLSA:

---

[1] All capitalized terms used herein have the same meaning as in the Settlement Agreement ("Agreement") submitted to this Court on September 9, 2019 (Dkt. No. 61-3). All "§" or "§§" references herein are to the Agreement, unless otherwise noted.

All individuals who: (i) are a party to a Distributor Agreement with Martin's, either individually or as a majority owner of a business entity that distributes Martin's products, and (ii) primarily service the route(s) owned during a Covered Period (from August 6, 2017 through August 3, 2019), and (iii) have not signed an agreement that provides for mandatory arbitration, and (iv) have worked more than 40 hours in at least one work week during the Covered Period according to the delivery ticket analysis completed by Defendant. Excepted from this definition are all distributors working in the New York City Metro.

3. Determining that the terms of the Settlement Agreement are fair, just, reasonable, and adequate to the Settlement Group; and

4. Issuing an order and final judgment in the forms proposed by the parties and submitted to chambers.

This unopposed motion is made on the grounds that: (1) the Settlement is fair, reasonable and adequate and is the product of extensive arms-length negotiations between the parties; (2) the Settlement Group meets all the requirements for final certification; and (3) the Notice Program has been adequate and reasonable, has satisfied all of the requirements of due process, and constituted the best notice practicable under the circumstances.

This motion is brought pursuant to 29 U.S.C. § 216 and is based on this Motion; the Memorandum in Support of the Motion, submitted herewith; Declaration of Shawn J. Wanta; the complete file and record in this Action; the argument of counsel; and such other and further evidence and argument as the Court may choose to entertain.

Dated: January 6, 2020          Respectfully submitted,

s/Shawn J. Wanta
Shawn J. Wanta #phv09383
Dustin W. Massie #phv09384
*Attorneys for Plaintiff*
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 252-3570
Fax: (612) 252-3571
sjwanta@baillonthome.com
dmassie@baillonthome.com

Richard E. Hayber, #ct11629
Hayber, McKenna & Dinsmore, LLC
750 Main Street, Suite 904
Hartford, CT 06103
Telephone: (860) 920-5361
Fax: (860) 218-9555
rhayber@hayberlawfirm.com

**ATTORNEYS FOR NAMED PLAINTIFF DAVID SMELSER AND OPT-IN PLAINTIFFS**