UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>-v-<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>Defendant. | Civil Case No. 3:17-cv-01813-MPS<br><br><br><br><br>January 6, 2020 |

**PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, AND PAYMENT OF SERVICE AWARD**

Plaintiff David Smelser, individually and on behalf of each of the Settlement Group Members by and through his attorneys, respectfully move for an order:

1. Awarding Class Counsel reasonable attorneys' fees and reimbursement for expenses in the amount of $175,000.00; and

2. Granting Named Plaintiff an Incentive Award in the amount of $2,500 for his work as Class Representative.

This motion is brought pursuant to 26 U.S.C. § 216(b) and is based on this Notice of Motion and Motion; the Memorandum in Support of the Motion, submitted herewith; Declaration of Dustin W. Massie; Declaration of Shawn J. Wanta; Declaration of Richard Hayber; the complete file and record in this Action; the argument of counsel; and such other and further evidence and argument as the Court may choose to entertain.

Dated: January 6, 2020 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Dustin W. Massie
　　　　　　　　　　　　　　　　　　　Shawn J. Wanta #phv09383
　　　　　　　　　　　　　　　　　　　Dustin W. Massie #phv09384
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　BAILLON THOME JOZWIAK & WANTA LLP
　　　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 1200
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Telephone: (612) 252-3570
　　　　　　　　　　　　　　　　　　　Fax: (612) 252-3571
　　　　　　　　　　　　　　　　　　　sjwanta@baillonthome.com
　　　　　　　　　　　　　　　　　　　dmassie@baillonthome.com

　　　　　　　　　　　　　　　　　　　Richard E. Hayber, #ct11629
　　　　　　　　　　　　　　　　　　　Hayber, McKenna & Dinsmore, LLC
　　　　　　　　　　　　　　　　　　　750 Main Street, Suite 904
　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　Telephone: (860) 920-5361
　　　　　　　　　　　　　　　　　　　Fax: (860) 218-9555
　　　　　　　　　　　　　　　　　　　rhayber@hayberlawfirm.com


　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR NAMED PLAINTIFF**
　　　　　　　　　　　　　　　　　　　**DAVID SMELSER AND OPT-IN**
　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**