Exhibit A



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

**Martin's Pastry Shoppe**
FEE PETITION

# Invoice Fee Petition for Martin's Pastry Shoppe

Issued On: Jan 6, 2020
Payment Due On: Feb 5, 2020
Related project(s): Smelser v. Martin's Famous Pastry
Shoppe, Inc (#413)

| # | Description | Qty. | Unit Cost | Amount |
|---|-------------|------|-----------|--------|
| 1 | Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate S.Wanta edits to final approval motion and fee petition. Finalze motions (Jan 2, 2020, Dustin Massie) | 3.6 | 375.00 | 1,350.00 |
| 2 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and update information on settlement group members who have joined settlement; update Defendant on addendums received (Jan 1, 2020, Dustin Massie) | 2.8 | 375.00 | 1,050.00 |
| 3 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft D.Massie declaration (Dec 30, 2019, Dustin Massie) | 1.4 | 375.00 | 525.00 |
| 4 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit final approval memo; S.Wanta affidavit; fee petition and exhibits (Dec 30, 2019, Dustin Massie) | 6.2 | 375.00 | 2,325.00 |
| 5 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conduct case law research; review contemporaneous time records and generate report for final approval (Dec 27, 2019, Dustin Massie) | 5 | 375.00 | 1,875.00 |
| 6 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft S.Wanta affidavit; draft motion for final approval (Dec 27, 2019, Dustin Massie) | 3.8 | 375.00 | 1,425.00 |
| 7 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review and revise final approval memo (Dec 23, 2019, Shawn Wanta) | 1.1 | 475.00 | 522.50 |
| 8 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft final approval motion (Dec 21, 2019, Dustin Massie) | 4.7 | 375.00 | 1,762.50 |
| 9 | Smelser v. Martin's Famous Pastry Shoppe, Inc: coordinate reminder notices to settlement group members who have not opted-in to settlement. (Dec 20, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 10 | Smelser v. Martin's Famous Pastry Shoppe, Inc: begin drafting final approval motion (Dec 20, 2019, Dustin Massie) | 3.2 | 375.00 | 1,200.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | | |
|---|---|---|---|---|
| 11 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit fee petition (Dec 19, 2019, Dustin Massie) | 2.8 | 375.00 | 1,050.00 |
| 12 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft fee petition; conduct case law research on Johnson factors and reasonableness of attorney fees. (Dec 18, 2019, Dustin Massie) | 6.5 | 375.00 | 2,437.50 |
| 13 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Confer with D. Massie regarding questions from settlement group members (Dec 16, 2019, Shawn Wanta) | 0.2 | 475.00 | 95.00 |
| 14 | Smelser v. Martin's Famous Pastry Shoppe, Inc: answer questions from settlement group members (Dec 16, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 15 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review claim forms from Alvaro and Catana; discuss filing on docket with Clemence (Dec 13, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 16 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review Griffin consent form (Dec 9, 2019, Dustin Massie) | 0.1 | 375.00 | 37.50 |
| 17 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review Smelser and Peters consent forms (Dec 6, 2019, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 18 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review claim form of Martinez and Salvador; provide update to Defendant. (Dec 6, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 19 | Smelser v. Martin's Famous Pastry Shoppe, Inc: begin drafting fee petition (Dec 5, 2019, Dustin Massie) | 4.2 | 375.00 | 1,575.00 |
| 20 | Smelser v. Martin's Famous Pastry Shoppe, Inc: meeting with Clemence and Zach re filing notices on docket, processing of addendums (Dec 4, 2019, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 21 | Smelser v. Martin's Famous Pastry Shoppe, Inc: call client and provide update on settlement, consent forms, and notice. (Nov 25, 2019, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 22 | Smelser v. Martin's Famous Pastry Shoppe, Inc: answer questions from settlement group members (Nov 25, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 23 | Smelser v. Martin's Famous Pastry Shoppe, Inc: finalizing notices using mail merge, printing documents, printing labels and pre stamped envelope for return notices, and actually mailing the packages out (Nov 22, 2019, Clemence Veronneau) | 4 | 90.00 | 360.00 |
| 24 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review preliminary approval order and meet with D. Massie and staff to coordinate notice program and handling of | 0.8 | 475.00 | 380.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

consent forms (Nov 21, 2019, Shawn Wanta)

| | | | | |
|---|---|---|---|---|
| 25 | Smelser v. Martin's Famous Pastry Shoppe, Inc: prepare notices for mailing; meeting with support staff and S.Wanta regarding requirements for mailing. (Nov 21, 2019, Dustin Massie) | 1.5 | 375.00 | 562.50 |
| 26 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Preparing notices for mailing using mail merge (Nov 21, 2019, Clemence Veronneau) | 3 | 90.00 | 270.00 |
| 27 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review order preliminarily approving collective action settlement (Nov 6, 2019, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 28 | Smelser v. Martin's Famous Pastry Shoppe, Inc: obtain client signature to final settlement agreement (Aug 30, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 29 | Smelser v. Martin's Famous Pastry Shoppe, Inc: pull unpublished cases and cite in affidavit (Aug 30, 2019, Dustin Massie) | 0.7 | 375.00 | 262.50 |
| 30 | Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate opposing counsel edits to preliminary approval motion (Aug 30, 2019, Dustin Massie) | 3.4 | 375.00 | 1,275.00 |
| 31 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Incorporate S.Wanta edits to preliminary approval motion (Aug 30, 2019, Dustin Massie) | 2.8 | 375.00 | 1,050.00 |
| 32 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail and telephone correspondence with opposing counsel re edits to preliminary approval motion (Aug 30, 2019, Dustin Massie) | 2 | 375.00 | 750.00 |
| 33 | Smelser v. Martin's Famous Pastry Shoppe, Inc: meeting with S.wanta re edits needed to finalize motion, settlement agreement and accompanying exhibits. (Aug 29, 2019, Dustin Massie) | 1.4 | 375.00 | 525.00 |
| 34 | Smelser v. Martin's Famous Pastry Shoppe, Inc: update exhibits, settlement agreement, and preliminary approval motion based on new calculations of damages. (Aug 29, 2019, Dustin Massie) | 2.5 | 375.00 | 937.50 |
| 35 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence re new exhibit 9 from opposing counsel and the class damages determination process. (Aug 29, 2019, Dustin Massie) | 1.1 | 375.00 | 412.50 |
| 36 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit settlement agreement, notice, preliminary approval motion; draft declaration (Aug 28, 2019, Dustin Massie) | 4.9 | 375.00 | 1,837.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| 37 | Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate S.Wanta edits to notice and reminder notice (Aug 27, 2019, Dustin Massie) | 0.6 | 375.00 | 225.00 |
|---|---|---|---|---|
| 38 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit settlement agreement, preliminary approval motion and notice (Aug 27, 2019, Dustin Massie) | 4.8 | 375.00 | 1,800.00 |
| 39 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conference call with opposing counsel re updated class damages and assumptions for purposes of settlement; discuss same with S.Wanta (Aug 26, 2019, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 40 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel re update on class damages (Aug 19, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 41 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conference call with opposing counsel re division of work, items needed for renewed motion (Aug 12, 2019, Dustin Massie) | 0.7 | 375.00 | 262.50 |
| 42 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit notice, settlement agreement and memo (Aug 10, 2019, Dustin Massie) | 1.6 | 375.00 | 600.00 |
| 43 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel (Aug 8, 2019, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 44 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft stipulation for extension of time (Jul 24, 2019, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 45 | Smelser v. Martin's Famous Pastry Shoppe, Inc: call with opposing counsel (Jul 22, 2019, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 46 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail update to local counsel (Jul 22, 2019, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 47 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft motion for preliminary approval (Jul 19, 2019, Dustin Massie) | 1.7 | 375.00 | 637.50 |
| 48 | Smelser v. Martin's Famous Pastry Shoppe, Inc: call with opposing counsel re edits to settlement (Jul 17, 2019, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 49 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Prep for and meet and confer with opposing counsel regarding approval of settlement (Jul 17, 2019, Shawn Wanta) | 1.5 | 475.00 | 712.50 |
| 50 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft analysis of denial motion (Jul 12, 2019, Dustin Massie) | 2.5 | 375.00 | 937.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| 51 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review order denying settlement (Jul 10, 2019, Dustin Massie) | 2 | 375.00 | 750.00 |
|---|---|---|---|---|
| 52 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review order granting motion to reopen case and motion to seal; discuss with S.Wanta (Feb 27, 2019, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 53 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft motion to retain jurisdiction and file with court (Nov 27, 2018, Dustin Massie) | 3.8 | 375.00 | 1,425.00 |
| 54 | Smelser v. Martin's Famous Pastry Shoppe, Inc: prepare and file motion to seal (Nov 27, 2018, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 55 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Filing (Nov 26, 2018, Mary Randall) | 2 | 190.00 | 380.00 |
| 56 | Smelser v. Martin's Famous Pastry Shoppe, Inc: supervise filing (Nov 26, 2018, Dustin Massie) | 1 | 375.00 | 375.00 |
| 57 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review documents for filing (Nov 26, 2018, Dustin Massie) | 3 | 375.00 | 1,125.00 |
| 58 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft and finalize motion to retain jurisdiction (Nov 22, 2018, Dustin Massie) | 5.2 | 375.00 | 1,950.00 |
| 59 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft motion to seal (Nov 21, 2018, Dustin Massie) | 4.5 | 375.00 | 1,687.50 |
| 60 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Prepare docs for filing (Nov 21, 2018, Mary Randall) | 1 | 190.00 | 190.00 |
| 61 | Smelser v. Martin's Famous Pastry Shoppe, Inc: revise unopposed motion for approval of FLSA settlement, memo, and Shawn Wanta affidavit. (Nov 21, 2018, Dustin Massie) | 4.6 | 375.00 | 1,725.00 |
| 62 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Prepare docs for filing (Nov 20, 2018, Mary Randall) | 1.5 | 190.00 | 285.00 |
| 63 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel re edits to settlement agreement (Nov 16, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 64 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel (Nov 13, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 65 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit settlement agreement, proposed order, and notice. E-mail edits to opposing counsel for review and approval (Nov 5, 2018, Dustin Massie) | 2.6 | 375.00 | 975.00 |
| 66 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit settlement agreement and notice; send to S.Wanta for | 2.6 | 375.00 | 975.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

review (Nov 2, 2018, Dustin Massie)

| | | | | |
|---|---|---|---|---|
| 67 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit settlement agreement and notice (Nov 1, 2018, Dustin Massie) | 3.2 | 375.00 | 1,200.00 |
| 68 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with opposing counsel re notice and waiver of claims (Oct 31, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 69 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit settlement agreement; notices and exhibits (Oct 31, 2018, Dustin Massie) | 5.6 | 375.00 | 2,100.00 |
| 70 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review settlement agreement in preparation for hearing; attend hearing (Oct 31, 2018, Dustin Massie) | 1 | 375.00 | 375.00 |
| 71 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with co-counsel re exhibit 7 and motion to retain jurisdiction; e-mails re same (Oct 17, 2018, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 72 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with local counsel re joint motion. (Oct 16, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 73 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel re joint motion (Oct 16, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 74 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft joint motion to retain jurisdiction; research motions (Oct 16, 2018, Dustin Massie) | 4.5 | 375.00 | 1,687.50 |
| 75 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Create sealed exhibit (Oct 16, 2018, Mary Randall) | 1 | 190.00 | 190.00 |
| 76 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel re joint motion to retain jurisdiction. (Oct 15, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 77 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with co-counsel re approval of settlement (Sep 20, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 78 | Smelser v. Martin's Famous Pastry Shoppe, Inc: call and e-mail with opposing counsel re filing of motion and memo (Aug 24, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 79 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft proposed order (Aug 24, 2018, Dustin Massie) | 2.2 | 375.00 | 825.00 |
| 80 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Approval motion strategy (Aug 23, 2018, Shawn Wanta) | 1 | 475.00 | 475.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| 81 | Smelser v. Martin's Famous Pastry Shoppe, Inc: reconcile edits to exhibits (Aug 23, 2018, Dustin Massie) | 2.6 | 375.00 | 975.00 |
|---|---|---|---|---|
| 82 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel (Aug 23, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 83 | Smelser v. Martin's Famous Pastry Shoppe, Inc: finalize documents for filing; edit memo and motion for approval of settlement (Aug 23, 2018, Dustin Massie) | 5.5 | 375.00 | 2,062.50 |
| 84 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel (Aug 23, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 85 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft declaration of S. Wanta; prepare exhibits to motion for approval of class settlement; edit motion and memo (Aug 23, 2018, Dustin Massie) | 6.4 | 375.00 | 2,400.00 |
| 86 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Revise settlement agreement (Aug 22, 2018, Shawn Wanta) | 0.5 | 475.00 | 237.50 |
| 87 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel (Aug 22, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 88 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review Def's Addendum edits to Settlement agreement and notice (Aug 22, 2018, Dustin Massie) | 3.7 | 375.00 | 1,387.50 |
| 89 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel and S.Wanta (Aug 21, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 90 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail A.Levy re edits to notice and settlement agreement (Aug 20, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 91 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with S. Wanta re substantive edits to notice and settlement agreement. (Aug 20, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 92 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and reconcile Defendant's edits to settlement agreement and notice; e-mail S.Wanta re substantive revisions. (Aug 19, 2018, Dustin Massie) | 4.7 | 375.00 | 1,762.50 |
| 93 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review and comment on defendants' redlines to settlement agreement (Aug 19, 2018, Shawn Wanta) | 0.5 | 475.00 | 237.50 |
| 94 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conduct case law research regarding fairness of settlement (Aug | 2.6 | 375.00 | 975.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

18, 2018, Dustin Massie)

| | | | | |
|---|---|---|---|---|
| 95 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft memo in support of motion for collective action certification. (Aug 18, 2018, Dustin Massie) | 6.4 | 375.00 | 2,400.00 |
| 96 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with S. Wanta. (Aug 16, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 97 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel (Aug 15, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 98 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft unopposed motion for approval of Class settlement and accompanying memo (Aug 11, 2018, Dustin Massie) | 8.5 | 375.00 | 3,187.50 |
| 99 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review court order re request for additional time (Jul 25, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 100 | Smelser v. Martin's Famous Pastry Shoppe, Inc: draft joint settlement status to court and request for additional time (Jul 24, 2018, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 101 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with opposing counsel re settlement (Jul 23, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 102 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Review and revise settlement agreement (Jul 9, 2018, Shawn Wanta) | 2.5 | 475.00 | 1,187.50 |
| 103 | Smelser v. Martin's Famous Pastry Shoppe, Inc: discussion of notice form and class damages with S.Wanta (Jul 9, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 104 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit proposed settlement and exhibits (Jul 8, 2018, Dustin Massie) | 3 | 375.00 | 1,125.00 |
| 105 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit Exhibits to settlement (Jul 6, 2018, Dustin Massie) | 3.6 | 375.00 | 1,350.00 |
| 106 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel; meeting with S.Wanta re class damages and timing of notice; edits to settlement agreement (Jul 5, 2018, Dustin Massie) | 2.8 | 375.00 | 1,050.00 |
| 107 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel; review numbers form Def. (Jul 2, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| 108 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft proposed order re class action approval; draft notice (Jun 29, 2018, Dustin Massie) | 2 | 375.00 | 750.00 |
| 109 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft settlement agreement; draft class notice and reminder postcard (Jun 22, 2018, Dustin Massie) | 4.4 | 375.00 | 1,650.00 |
| 110 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft settlement agreement (Jun 12, 2018, Dustin Massie) | 4 | 375.00 | 1,500.00 |
| 111 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft settlement agreement (Jun 11, 2018, Dustin Massie) | 3 | 375.00 | 1,125.00 |
| 112 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with D.Smelser re settlement of case (Jun 1, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 113 Smelser v. Martin's Famous Pastry Shoppe, Inc: travel back from mediation; review and compile notes from negotiations (May 31, 2018, Dustin Massie) | 4.2 | 375.00 | 1,575.00 |
| 114 Smelser v. Martin's Famous Pastry Shoppe, Inc: attend mediation wit S.Wanta (discuss factual differences and assumptions, calculate class-wide damages, conference calls with Plaintiff and draft settlement term sheet) (May 30, 2018, Dustin Massie) | 9 | 375.00 | 3,375.00 |
| 115 Smelser v. Martin's Famous Pastry Shoppe, Inc: Mediation; return travel (May 30, 2018, Shawn Wanta) | 15 | 475.00 | 7,125.00 |
| 116 Smelser v. Martin's Famous Pastry Shoppe, Inc: travel to and prep for mediation (May 29, 2018, Dustin Massie) | 4.5 | 375.00 | 1,687.50 |
| 117 Smelser v. Martin's Famous Pastry Shoppe, Inc: discuss opening demand; damage calculations and injunctive relief with S.Wanta (May 29, 2018, Dustin Massie) | 2.5 | 375.00 | 937.50 |
| 118 Smelser v. Martin's Famous Pastry Shoppe, Inc: Prepare for mediation; travel MSP to PIT (May 29, 2018, Shawn Wanta) | 8.5 | 475.00 | 4,037.50 |
| 119 Smelser v. Martin's Famous Pastry Shoppe, Inc: prepare damages models; conference call wit damages expert. (May 25, 2018, Dustin Massie) | 1.3 | 375.00 | 487.50 |
| 120 Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate S.Wanta edits to mediation statement; discuss with S.Wanta. (May 22, 2018, Dustin Massie) | 1.5 | 375.00 | 562.50 |
| 121 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft/edit mediation statement (May 19, 2018, Dustin Massie) | 4.5 | 375.00 | 1,687.50 |
| 122 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft | 2 | 375.00 | 750.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| mediation statement (May 16, 2018, Dustin Massie) | | | |
| 123 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft mediation statement (May 13, 2018, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 124 Smelser v. Martin's Famous Pastry Shoppe, Inc: Contact opposing counsel re mediation logistics (May 10, 2018, Mary Randall) | 1.5 | 190.00 | 285.00 |
| 125 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft mediation statement (May 8, 2018, Dustin Massie) | 3 | 375.00 | 1,125.00 |
| 126 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft mediation statement (May 7, 2018, Dustin Massie) | 6 | 375.00 | 2,250.00 |
| 127 Smelser v. Martin's Famous Pastry Shoppe, Inc: Prep for and call with expert regarding damages (May 3, 2018, Shawn Wanta) | 0.7 | 475.00 | 332.50 |
| 128 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with expert re damage calculations (May 3, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 129 Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with S.Wanta; meeting re items needed for mediation (Apr 27, 2018, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 130 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with Carole Katz (Apr 27, 2018, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 131 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with opposing counsel re calendars and information provided regular rate (Apr 19, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 132 Smelser v. Martin's Famous Pastry Shoppe, Inc: Mediation preparation and coordination (Apr 2, 2018, Shawn Wanta) | 1 | 475.00 | 475.00 |
| 133 Smelser v. Martin's Famous Pastry Shoppe, Inc: review Smelser calendars and calculate hours worked weekly (Mar 30, 2018, , Dustin Massie) | 2 | 375.00 | 750.00 |
| 134 Smelser v. Martin's Famous Pastry Shoppe, Inc: communicate with opposing counsel and C. Katz regarding mediation. Find location for mediation in Pittsburgh. (Mar 30, 2018, Shawn Wanta) | 1.3 | 475.00 | 617.50 |
| 135 Smelser v. Martin's Famous Pastry Shoppe, Inc: call with opposing counsel re info needed for wage analysis and mediator selection (Mar 23, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 136 Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with client re wage documents; call re same (Mar 22, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 137 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft e- | 1.5 | 375.00 | 562.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| mail correspondence to opposing counsel; correspondence with S.Wanta re same. (Mar 22, 2018, Dustin Massie) | | | |
| 138 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with CPA/ damages expert; discuss info needed for calculations (Mar 22, 2018, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 139 Smelser v. Martin's Famous Pastry Shoppe, Inc: discuss mediator and damages models/experts with S.Wanta (Mar 21, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 140 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft settlement assumptions sheet (Mar 21, 2018, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 141 Smelser v. Martin's Famous Pastry Shoppe, Inc: discuss information with S.Wanta (Mar 20, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 142 Smelser v. Martin's Famous Pastry Shoppe, Inc: review data provided by opposing counsel, cross check hours worked with client and formulate damages models. Request additional information from client. (Mar 20, 2018, Dustin Massie) | 2.1 | 375.00 | 787.50 |
| 143 Smelser v. Martin's Famous Pastry Shoppe, Inc: call with opposing counsel regarding data provided (Mar 20, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 144 Smelser v. Martin's Famous Pastry Shoppe, Inc: review e-mail and information provided by Defendant in efforts to pursue settlement of class claims. (Mar 16, 2018, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 145 Smelser v. Martin's Famous Pastry Shoppe, Inc: edit notice and provide comments to S.Wanta for review (Feb 14, 2018, Dustin Massie) | 1.4 | 375.00 | 525.00 |
| 146 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call re notice and discovery issues; discussion of settlement (Feb 13, 2018, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 147 Smelser v. Martin's Famous Pastry Shoppe, Inc: call atticus claims administrator and discuss notice (Feb 12, 2018, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 148 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with opposing counsel re notice (Feb 9, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 149 Smelser v. Martin's Famous Pastry Shoppe, Inc: Prep for and participate in Rule 16 conference. Review draft stipulation re: conditional certification. (Feb 7, 2018, Shawn Wanta) | 1.5 | 475.00 | 712.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| 150 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with Judge (Feb 6, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
|---|---|---|---|---|
| 151 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Communication with D. Massie and R. Haybure regarding conditional certification and stipulation regarding the same (Jan 26, 2018, Shawn Wanta) | 1 | 475.00 | 475.00 |
| 152 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel (Jan 25, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 153 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with S.Wanta and R.Hayber re class notice, class limitations, etc. (Jan 24, 2018, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 154 | Smelser v. Martin's Famous Pastry Shoppe, Inc: con. call with opposing counsel re class issues (Jan 23, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 155 | Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence to opposing counsel re limiting class size. (Jan 22, 2018, Dustin Massie) | 1 | 375.00 | 375.00 |
| 156 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with S.Wanta re limiting class size and arbitration clause (Jan 18, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 157 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with local counsel re class size and defendant's proposal of agreeing to cond'l cert (Jan 18, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 158 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review correspondence and arbitration clause from Defendant (Jan 17, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 159 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Confer with D. Massie regarding Rule 26(f) report (Jan 16, 2018, Shawn Wanta) | 0.3 | 475.00 | 142.50 |
| 160 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit and finalize 26(f) plan for filing. (Jan 16, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 161 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with opposing counsel re response to conditional certification; 26(f) plan. (Jan 16, 2018, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 162 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail opposing counsel edits to 26(f) report (Jan 12, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 163 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit 26f report (Jan 12, 2018, Dustin Massie) | 0.8 | 375.00 | 300.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| 164 Smelser v. Martin's Famous Pastry Shoppe, Inc: Review Rule 26(f) report and confer with D. Massie regarding the same (Jan 11, 2018, Shawn Wanta) | 0.8 | 475.00 | 380.00 |
| 165 Smelser v. Martin's Famous Pastry Shoppe, Inc: prepare all documents for filing; check local rules for requirements in D.Conn (Jan 11, 2018, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 166 Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate edits to 26(f) report; memo in support of conditional cert; meeting with S.Wanta re same. (Jan 11, 2018, Dustin Massie) | 3.6 | 375.00 | 1,350.00 |
| 167 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft ESI protocol (Jan 10, 2018, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 168 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft/edit 26(f) report (Jan 10, 2018, Dustin Massie) | 1.4 | 375.00 | 525.00 |
| 169 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft motion for conditional cert. (Jan 10, 2018, Dustin Massie) | 2.7 | 375.00 | 1,012.50 |
| 170 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft affidavit of D.Smelser in support of motion for conditional certification; e-mail D.Smelser re same (Jan 9, 2018, Dustin Massie) | 1.6 | 375.00 | 600.00 |
| 171 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft motion for conditional certification. (Jan 9, 2018, Dustin Massie) | 2.5 | 375.00 | 937.50 |
| 172 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with S.Wanta re discovery plan and disputes (Jan 8, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 173 Smelser v. Martin's Famous Pastry Shoppe, Inc: 26(f) conference with opposing counsel (Jan 8, 2018, Dustin Massie) | 0.7 | 375.00 | 262.50 |
| 174 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft ESI discovery plan (Jan 5, 2018, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 175 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with R.Hayber re 26(f) report and affirmative defenses (Jan 4, 2018, Dustin Massie) | 0.5 | 375.00 | 187.50 |
| 176 Smelser v. Martin's Famous Pastry Shoppe, Inc: draft 26(f) report/plan; discussion with S.Wanta re same (Jan 4, 2018, Dustin Massie) | 2.2 | 375.00 | 825.00 |
| 177 Smelser v. Martin's Famous Pastry Shoppe, Inc: correspondence with opposing counsel re discovery conference (Jan 3, 2018, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 178 Smelser v. Martin's Famous Pastry Shoppe, Inc: | 0.1 | 375.00 | 37.50 |

BaillonThome
JOZWIAK & WANTA LLP

Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| correspondence with opposing counsel re 26(f) report (Dec 28, 2017, Dustin Massie) | | | |
| 179 Smelser v. Martin's Famous Pastry Shoppe, Inc: review answer to complaint (Dec 27, 2017, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 180 Smelser v. Martin's Famous Pastry Shoppe, Inc: review local rules re 26(f) report (Dec 27, 2017, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 181 Smelser v. Martin's Famous Pastry Shoppe, Inc: incorporate local counsel edits to complaint (Oct 25, 2017, Dustin Massie) | 2.3 | 375.00 | 862.50 |
| 182 Smelser v. Martin's Famous Pastry Shoppe, Inc: review case law re unjust enrichment; discuss same with local counsel (Oct 23, 2017, Dustin Massie) | 1.5 | 375.00 | 562.50 |
| 183 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with local counsel (Oct 19, 2017, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 184 Smelser v. Martin's Famous Pastry Shoppe, Inc: edits to complaint (Oct 18, 2017, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 185 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with Client and edit class action complaint. (Oct 9, 2017, Dustin Massie) | 0.6 | 375.00 | 225.00 |
| 186 Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail client re edits to complaint (Oct 5, 2017, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 187 Smelser v. Martin's Famous Pastry Shoppe, Inc: Conversation with Dustin re: facts of the case. (Oct 3, 2017, Hans Lodge) | 0.1 | 350.00 | 35.00 |
| 188 Smelser v. Martin's Famous Pastry Shoppe, Inc: edit complaint (Oct 3, 2017, Dustin Massie) | 1.8 | 375.00 | 675.00 |
| 189 Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with client re deductions to paychecks (Oct 3, 2017, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 190 Smelser v. Martin's Famous Pastry Shoppe, Inc: execute co-counsel agreement and send to Richard Hayber (Oct 2, 2017, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 191 Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with D.Smelser (Oct 2, 2017, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 192 Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with D.Smelser (Oct 2, 2017, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 193 Smelser v. Martin's Famous Pastry Shoppe, Inc: edit complaint (Oct 2, 2017, Dustin Massie) | 0.8 | 375.00 | 300.00 |
| 194 Smelser v. Martin's Famous Pastry Shoppe, Inc: Case strategy discussions and planning (Sep 18, 2017, Shawn | 0.3 | 475.00 | 142.50 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

Wanta)

| | | | | |
|---|---|---|---|---|
| 195 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit complaint to include allegations regarding illegal deductions. Review client paystubs re same. (Sep 12, 2017, Dustin Massie) | 1 | 375.00 | 375.00 |
| 196 | Smelser v. Martin's Famous Pastry Shoppe, Inc: edit complaint (Sep 11, 2017, Dustin Massie) | 0.7 | 375.00 | 262.50 |
| 197 | Smelser v. Martin's Famous Pastry Shoppe, Inc: research CT case law and review complaints alleging unjust enrichment for violations of stat. 31-73. (Sep 8, 2017, Dustin Massie) | 1.2 | 375.00 | 450.00 |
| 198 | Smelser v. Martin's Famous Pastry Shoppe, Inc: e-mail correspondence with Smelser (Sep 8, 2017, Dustin Massie) | 0.2 | 375.00 | 75.00 |
| 199 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review and edit complaint (Sep 8, 2017, Dustin Massie) | 1.4 | 375.00 | 525.00 |
| 200 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Research choice of law provisions and confer with D. Massie re: local counsel and venue (Sep 8, 2017, Shawn Wanta) | 1.5 | 475.00 | 712.50 |
| 201 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with co-counsel, R.Hayber (Sep 7, 2017, Dustin Massie) | 0.4 | 375.00 | 150.00 |
| 202 | Smelser v. Martin's Famous Pastry Shoppe, Inc: conf. call with D.Smelser (Sep 7, 2017, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 203 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Phone call with Dustin and client re: additional facts for lawsuit/update. (Sep 7, 2017, Hans Lodge) | 0.25 | 350.00 | 87.50 |
| 204 | Smelser v. Martin's Famous Pastry Shoppe, Inc: review complaint and client documents (Sep 1, 2017, Dustin Massie) | 0.9 | 375.00 | 337.50 |
| 205 | Smelser v. Martin's Famous Pastry Shoppe, Inc: meeting with H.Lodge re complaint and work done so far (Aug 29, 2017, Dustin Massie) | 0.3 | 375.00 | 112.50 |
| 206 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Revise and finalize initial demand letter (Apr 25, 2017, Shawn Wanta) | 2.5 | 475.00 | 1,187.50 |
| 207 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Call with client re: draft Complaint. (Apr 24, 2017, Hans Lodge) | 0.1 | 350.00 | 35.00 |
| 208 | Smelser v. Martin's Famous Pastry Shoppe, Inc: Made edits to Complaint and re-sent to client for confirmation. (Apr 21, 2017, Hans Lodge) | 0.5 | 350.00 | 175.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| 209 Smelser v. Martin's Famous Pastry Shoppe, Inc: Call with client discussing and editing Draft Class Action Complaint. (Apr 12, 2017, Hans Lodge) | 0.5 | 350.00 | 175.00 |
| 210 Smelser v. Martin's Famous Pastry Shoppe, Inc: Call with client. (Apr 10, 2017, Hans Lodge) | 0.12 | 350.00 | 42.00 |
| 211 Smelser v. Martin's Famous Pastry Shoppe, Inc: Finalizing Draft Complaint and Demand Letter. Sent to client for approval. (Apr 10, 2017, Hans Lodge) | 3.5 | 350.00 | 1,225.00 |
| 212 Smelser v. Martin's Famous Pastry Shoppe, Inc: Review and revise draft complaint (Apr 4, 2017, Shawn Wanta) | 3.5 | 475.00 | 1,662.50 |
| 213 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing Draft Complaint and Demand Letter. (Mar 21, 2017, Hans Lodge) | 2.5 | 350.00 | 875.00 |
| 214 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing Class and Collection Action Complaint. (Mar 10, 2017, Hans Lodge) | 4 | 350.00 | 1,400.00 |
| 215 Smelser v. Martin's Famous Pastry Shoppe, Inc: Phone call with client re: facts in demand letter. (Mar 9, 2017, Hans Lodge) | 0.3 | 350.00 | 105.00 |
| 216 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Mar 9, 2017, Hans Lodge) | 4 | 350.00 | 1,400.00 |
| 217 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Mar 8, 2017, Hans Lodge) | 4.5 | 350.00 | 1,575.00 |
| 218 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Mar 7, 2017, Hans Lodge) | 3 | 350.00 | 1,050.00 |
| 219 Smelser v. Martin's Famous Pastry Shoppe, Inc: Phone call with client re: facts in demand letter. (Mar 7, 2017, Hans Lodge) | 0.4 | 350.00 | 140.00 |
| 220 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Mar 6, 2017, Hans Lodge) | 2 | 350.00 | 700.00 |
| 221 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Mar 2, 2017, Hans Lodge) | 3 | 350.00 | 1,050.00 |
| 222 Smelser v. Martin's Famous Pastry Shoppe, Inc: Editing demand letter. (Feb 9, 2017, Hans Lodge) | 4 | 350.00 | 1,400.00 |
| 223 Smelser v. Martin's Famous Pastry Shoppe, Inc: Legal research and drafting demand letter. (Feb 8, 2017, Hans Lodge) | 5 | 350.00 | 1,750.00 |
| 224 Smelser v. Martin's Famous Pastry Shoppe, Inc: Drafting demand letter. (Feb 7, 2017, Hans Lodge) | 3.5 | 350.00 | 1,225.00 |
| 225 Smelser v. Martin's Famous Pastry Shoppe, Inc: Legal | 1.5 | 350.00 | 525.00 |



Baillon Thome Jozwiak & Wanta LLP
100 South Fifth Street Suite 1200
Minneapolis, MN 55402

| | | | |
|---|---|---|---|
| research on Connecticut wage and hour laws. (Feb 7, 2017, Hans Lodge) | | | |
| 226 Smelser v. Martin's Famous Pastry Shoppe, Inc: Drafting demand letter. (Feb 6, 2017, Hans Lodge) | 1.5 | 350.00 | 525.00 |
| 227 Smelser v. Martin's Famous Pastry Shoppe, Inc: Legal research on misclassification of independent contractors. (Feb 6, 2017, Hans Lodge) | 1 | 350.00 | 350.00 |
| 228 Smelser v. Martin's Famous Pastry Shoppe, Inc: Telephone conversation with the client. (Feb 6, 2017, Hans Lodge) | 0.5 | 350.00 | 175.00 |
| 229 Smelser v. Martin's Famous Pastry Shoppe, Inc: Drafting Class Action Complaint. (Feb 3, 2017, Hans Lodge) | 0.75 | 350.00 | 262.50 |
| 230 Smelser v. Martin's Famous Pastry Shoppe, Inc: Drafting Class Action Complaint. (Feb 2, 2017, Hans Lodge) | 6.5 | 350.00 | 2,275.00 |
| 231 Smelser v. Martin's Famous Pastry Shoppe, Inc: Drafting Class Action Complaint. (Feb 1, 2017, Hans Lodge) | 3 | 350.00 | 1,050.00 |
| 232 Smelser v. Martin's Famous Pastry Shoppe, Inc: Legal research on Connecticut law regarding employee misclassification. (Feb 1, 2017, Hans Lodge) | 2.5 | 350.00 | 875.00 |

|  | |
|---|---|
| Subtotal : | 155,967.00 |
| **Total (USD):** | **155,967.00** |
| Amount Paid : | 0.00 |
| **Balance Due (USD):** | **155,967.00** |