Exhibit B

# Baillon Thome Jozwiak & Wanta LLP

TRANSACTION DETAIL BY ACCOUNT

October 8, 2015 - December 31, 2020

| DATE | TRANSACTION TYPE | NUM | NAME | CLASS | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE | OPEN BALANCE | ACCOUNT # | CREDIT | DEBIT |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| **1200 Advanced Client Costs** | | | | | | | | | | | | |
| 06/06/2018 | Check | 7106 | Hemming Morse, LLP | Martin's Famous Pastry Shoppe | Invoice 0018314- Smelser v. Martins' Famous Pastry Shoppe | 1010 Primary Checking US Bank - 3145 | 1,781.25 | 1,781.25 | | 1200 | | $1,781.25 |
| 06/08/2018 | Check | 7094 | Carol Katz LLC | Martin's Famous Pastry Shoppe | Invoice 787- Mediation fees | 1010 Primary Checking US Bank - 3145 | 2,750.00 | 4,531.25 | | 1200 | | $2,750.00 |
| 12/08/2017 | Expense | | MN Court | Martin's Famous Pastry Shoppe | COURTS/USDC-MN 612-664-5016 MN 242409873426000895993265; 09211; 8133MASSIE,DUSTIN W; | 2001 US Bank Credit card | 19.00 | 4,550.25 | | 1200 | | $19.00 |
| 12/08/2017 | Expense | | MN Court | Martin's Famous Pastry Shoppe | COURTS/USDC-MN 612-664-5016 MN 242409873426000895591939; 09211; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 19.00 | 4,569.25 | | 1200 | | $19.00 |
| 11/18/2019 | Expense | | USPS | Martin's Famous Pastry Shoppe | class notices | 2003 US Bank Credit Card -1113 | 33.00 | 4,602.25 | | 1200 | | $33.00 |
| 11/25/2019 | Expense | | FedEx Office | Martin's Famous Pastry Shoppe | FEDEX OFFIC61400006148 MINNEAPOL 241640793260698110254084; 07338; 5884VERONNEAU,CLEMENCE L; | 2003 US Bank Credit Card -1113 | 10.79 | 4,613.04 | | 1200 | | $10.79 |
| 12/29/2015 | Journal Entry | | | Martin's Famous Pastry Shoppe | Write off of case costs in Martin's Famous Pastry Shoppe (recovered 3 years ago) | -Split- | -4,990.68 | -377.64 | | 1200 | $4,990.68 | |
| 05/15/2017 | Journal Entry | | | Martin's Famous Pastry Shoppe | demnd ltr and draft comp form april 2017 | -Split- | 1.82 | -375.82 | | 1200 | | $1.82 |
| 02/19/2018 | Journal Entry | 6627 | | Martin's Famous Pastry Shoppe | january 2018 printing | -Split- | 13.63 | -362.19 | | 1200 | | $13.63 |
| 03/16/2018 | Journal Entry | 6636 | | Martin's Famous Pastry Shoppe | Feb 2018 printing | -Split- | 1.58 | -360.61 | | 1200 | | $1.58 |
| 04/11/2018 | Journal Entry | 6641 | | Martin's Famous Pastry Shoppe | March 2018 printing | -Split- | 0.18 | -360.43 | | 1200 | | $0.18 |
| 07/02/2018 | Journal Entry | 6680 | | Martin's Famous Pastry Shoppe | docs back to client | -Split- | 3.31 | -357.12 | | 1200 | | $3.31 |
| 07/02/2018 | Journal Entry | 6675 | | Martin's Famous Pastry Shoppe | June 2018 Printing | -Split- | 0.27 | -356.85 | | 1200 | | $0.27 |
| 07/02/2018 | Journal Entry | 6673 | | Martin's Famous Pastry Shoppe | May 2018 printing | -Split- | 11.99 | -344.86 | | 1200 | | $11.99 |
| 08/06/2018 | Journal Entry | 6689 | | Martin's Famous Pastry Shoppe | July 2018 printing | -Split- | 3.42 | -341.44 | | 1200 | | $3.42 |
| 09/12/2018 | Journal Entry | BKDV8/18-7 | | Martin's Famous Pastry Shoppe | August 2018 printing and copies | -Split- | 34.62 | -306.82 | | 1200 | | $34.62 |
| 08/12/2019 | Journal Entry | BKDV 06 16 | | Martin's Famous Pastry Shoppe | 2019 July printing | -Split- | 1.40 | -305.42 | | 1200 | | $1.40 |
| 09/11/2019 | Journal Entry | DDS - 30 | | Martin's Famous Pastry Shoppe | august 2019 printing | -Split- | 0.74 | -304.68 | | 1200 | | $0.74 |
| 12/04/2019 | Journal Entry | TS - 36 | | Martin's Famous Pastry Shoppe | notice to class members | -Split- | 53.30 | -251.38 | | 1200 | | $53.30 |
| 12/04/2019 | Journal Entry | TS - 38 | | Martin's Famous Pastry Shoppe | November 2019 printing | -Split- | 69.68 | -181.70 | | 1200 | | $69.68 |
| 01/03/2020 | Journal Entry | DDS - 39 | | Martin's Famous Pastry Shoppe | reminder postcard | -Split- | 16.50 | -165.20 | | 1200 | | $16.50 |
| 01/03/2020 | Journal Entry | DDS - 42 | | Martin's Famous Pastry Shoppe | dec 2019 printing | -Split- | 5.60 | -159.60 | | 1200 | | $5.60 |
| **Total for 1200 Advanced Client Costs** | | | | | | | **$ -159.60** | | | | **$4,990.68** | **$4,831.08** |
| **1204 Travel** | | | | | | | | | | | | |
| 04/25/2018 | Check | 7029 | Dustin Massie | Martin's Famous Pastry Shoppe | Flt to Pittsburgh -Reimburse DWM | 1010 Primary Checking US Bank - 3145 | 639.00 | 639.00 | | 1204 | | $639.00 |
| 04/25/2018 | Check | 7029 | Dustin Massie | Martin's Famous Pastry Shoppe | Pittsburgh Hotel -reimburse DWM | 1010 Primary Checking US Bank - 3145 | 263.57 | 902.57 | | 1204 | | $263.57 |
| 04/25/2018 | Check | 7037 | Shawn Wanta - Reimburse | Martin's Famous Pastry Shoppe | Delta flt to PITT-reimburse sjw | 1010 Primary Checking US Bank - 3145 | 838.60 | 1,741.17 | | 1204 | | $838.60 |
| 04/25/2018 | Check | 7037 | Shawn Wanta - Reimburse | Martin's Famous Pastry Shoppe | Hotel-reimburse SJW | 1010 Primary Checking US Bank - 3145 | 291.26 | 2,032.43 | | 1204 | | $291.26 |
| 05/30/2018 | Expense | | | Martin's Famous Pastry Shoppe | THE COMMONER PITTSBURGH PA 243310681502071880701309; 05812; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 79.27 | 2,111.70 | | 1204 | | $79.27 |
| 05/31/2018 | Expense | | Lyft | Martin's Famous Pastry Shoppe | LYFT *RIDE TUE 1PM LYFT.COM CA 244921581506377797046560; 04121; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 21.50 | 2,133.20 | | 1204 | | $21.50 |
| 05/31/2018 | Expense | | | Martin's Famous Pastry Shoppe | MT HIAW TVM NICOLET MA MINNEAPO 247170581501615078538514; 04131; 8133MASSIE,DUSTIN W; | 2001 US Bank Credit card | 2.00 | 2,135.20 | | 1204 | | $2.00 |
| 05/31/2018 | Expense | | | Martin's Famous Pastry Shoppe | RITE AID STORE - 10941 PITTSBURG 246921681511100459430164; 05912; 8133MASSIE,DUSTIN W; | 2001 US Bank Credit card | 10.27 | 2,145.47 | | 1204 | | $10.27 |
| 05/31/2018 | Expense | | Lyft | Martin's Famous Pastry Shoppe | LYFT *RIDE TUE 8PM LYFT.COM CA 244921581516378223339799; 04121; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 38.85 | 2,184.32 | | 1204 | | $38.85 |
| 05/31/2018 | Expense | | Panera | Martin's Famous Pastry Shoppe | PANERA BREAD #202313 412-683-961 242316881510837603249968; 05812; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 172.78 | 2,357.10 | | 1204 | | $172.78 |
| 05/31/2018 | Expense | | Uber cab | Martin's Famous Pastry Shoppe | DEBIT PURCHASE -VISA UBER X22F Download from usbank.com. UBER X22FT HELP.UBER.COCA | 1010 Primary Checking US Bank - 3145 | 36.12 | 2,393.22 | | 1204 | | $36.12 |
| 06/01/2018 | Expense | | Hotel | Martin's Famous Pastry Shoppe | KIMPTON HOTEL MONACO PITTSBURGH 244310681517088625579932; 07011; 6197WANTA,SHAWN J; | 2001 US Bank Credit card | 5.35 | 2,398.57 | | 1204 | | $5.35 |
| 06/01/2018 | Expense | | Uber cab | Martin's Famous Pastry Shoppe | DEBIT PURCHASE -VISA UBER LLCN Download from usbank.com. UBER LLCNN HELP.UBER.COCA | 1010 Primary Checking US Bank - 3145 | 21.31 | 2,419.88 | | 1204 | | $21.31 |
| 06/01/2018 | Expense | | Starbucks | Martin's Famous Pastry Shoppe | STARBUCKS STORE 00774 PITTSBURGH 246921681511100658610277; 05814; 8133MASSIE,DUSTIN W; | 2001 US Bank Credit card | 11.50 | 2,431.38 | | 1204 | | $11.50 |
| 06/04/2018 | Expense | | Starbucks | Martin's Famous Pastry Shoppe | WESTIN MINNEAPOLIS F A MINNEAPOL 247554281531715315444819; 05812; 6991TRIPLETT,CAROLYN R; | 2001 US Bank Credit card | 20.00 | 2,451.38 | | 1204 | | $20.00 |
| 06/04/2018 | Expense | | Caribou Coffee | Martin's Famous Pastry Shoppe | CARIBOU COFFEE CO #178 MINNEAPOL 244450081535006632206852; 05814; 6991TRIPLETT,CAROLYN R; | 2001 US Bank Credit card | 20.00 | 2,471.38 | | 1204 | | $20.00 |
| **Total for 1204 Travel** | | | | | | | **$2,471.38** | | | | | **$2,471.38** |
| **Total for 1200 Advanced Client Costs with subs** | | | | | | | **$2,311.78** | | | | **$4,990.68** | **$7,302.46** |