UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>-v-<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>Defendant. | Civil Case No. 3:17-cv-01813-MPS<br><br><br><br>January 6, 2020 |

## DECLARATION OF SHAWN J. WANTA

Now comes the declarant, Shawn J. Wanta and states as follows:

1. I am an attorney with the law firm Baillon Thome Jozwiak & Wanta LLP ("BTJW") representing Plaintiff David Smelser ("Plaintiff") in this action.

2. I submit this Declaration in support of Plaintiff's Fee Petition for the agreed-upon amount.

3. In accordance with the Settlement Agreement, the Parties agreed that Plaintiff's counsel will make, and Defendant will not oppose, an application to the Court for an award of attorneys' fees and out-of-pocket costs and expenses in an amount not to exceed $175,000.

4. Class Counsel are well-respected members of the bar and experienced litigators in the field of wage and hour collective action litigation.

5. I am a partner of the Baillon Thome Jozwiak & Wanta LLP law firm. I am one of the attorneys representing the Settling Named Plaintiff and other members of the Collective Group in these actions. I am licensed to practice in all courts for the State of Minnesota as well as several United States District Courts and Courts of Appeals. I have served or currently serve

1

in the following court-appointed leadership capacities: Lead Plaintiffs' Counsel for *In re Life Time Fitness, Inc. Telephone Consumer Protection Act Litigation*, MDL 2564 (D. Minn.); Class Counsel in *Rehberg, et al. v. Flowers Foods Inc., et al.*, 12-cv-00596-MOC-DSC (W.D.N.C.); *Carr et al. v. Flowers Foods, Inc. et al.*, No. 2:15-cv-06391-LS (E.D. Penn.); *Noll et al. v. Flowers Foods, Inc. et al.*, No. 1:15-cv-00493-JAW (D. Me.); *Neff et al. v. Flowers Foods, Inc. et al.*, No. 5:15-cv-00254-GWC (D. Vt.); *Rosinbaum, et al v. Flowers Foods, Inc., et al.*, No. 7:16-cv-00233-FL (E.D.N.C.); *Coyle v. Flowers Foods Incorporated, et al.*, 2:15-cv-01372-PHX-DLR (D. Ariz.); *Dennings v. Clearwire Corporation*, C10-1859-JLR (D. Wash.); *Ketty v. Parkinson's Specialty Care, LLC*, 14-cv-04849, (D. Minn.);*Yarbrough v. Martin's Famous Pastry Shoppe, Inc.*, 11-cv-02144 (M.D. Pa.); *Low v. San Diego Union Tribune*, 11-cv-01090 (S.D. Ca.); *Chavez v. West Side Comm. Healthcare Svcs., Inc.* 14-cv-00207 (D. Minn.); *Gulbankian, et al. v. MW Manufacturers, Inc.*, 10-cv-10392 (D. Mass.); *Hartshorn, et al. v. MW Manufacturers, Inc.*, 2012-cv-30122 (D. Mass.); and *Harrison v. Legal Helpers Debt Resolution, LLC, et al.*, 12-cv-02145 (D. Minn.); Executive Committee Member and Co-Chair of the Discovery Committee in *In re HardiePlank Fiber Cement Siding Litigation*, MDL No. 2359 (D. Minn); and Executive Committee Member for *Wright, et al. v. Owens Corning*, 09-cv-01567 (W.D. Pa.).

6. I was one of the principal negotiators of the Settlement and Release (the "Settlement Agreement") entered into between the Plaintiff and Defendant Martin's Famous Pastry Shoppe, Inc. ("Martin's"), although all counsel for the Plaintiff were actively involved in these negotiations.

7. The current hourly rates customarily charged to clients of BTJW for national class and collective actions are as follows:

    a. Shawn J. Wanta    $650

    b. Dustin W. Massie    $450

    c. Hans Lodge    $380

    d. Paralegals    $190–$200

    e. Legal Assistants    $90

8. My current hourly rate for national class and collective action cases is $650.00 per hour. For single plaintiff employment cases my hourly rate is $475.00 per hour. Based upon my knowledge and experience of the legal market and of attorneys doing comparable work, my hourly rates are reasonable and in accordance with the hourly rates charged by my colleagues for similar work.

9. Having researched prevailing rates in FLSA collective action settlements in the District of Connecticut and, in consultation with local counsel, Plaintiff's counsel bases our fee requested upon the following local rates:

    a. Shawn J. Wanta    $475

    b. Dustin W. Massie    $375

    c. Hans Lodge    $300

    d. Paralegals    $190–$200

    e. Legal Assistants    $90

10. Based on the foregoing and as set forth in the agreement, the Settlement is fair, reasonable, adequate, and in the best interest of the Plaintiff and the Settlement Group.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 6, 2020           \_s/Shawn J. Wanta\_\_
                                   Shawn J. Wanta