UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID SMELSER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>-v-<br><br>MARTIN'S FAMOUS PASTRY SHOPPE, INC.,<br><br>Defendant. | Civil Case No. 3:17-cv-01813-MPS<br><br><br><br>January 6, 2020 |

## DECLARATION OF RICHARD HAYBER

Now comes the declarant, Richard Hayber and states as follows:

1. I am an attorney with Hayber, McKenna & Dinsmore, LLC ("HMD") representing Plaintiff David Smelser ("Plaintiff") in this action.

2. In accordance with the Settlement Agreement, the Parties agreed that Plaintiff's counsel will make, and Defendant will not oppose, an application to the Court for an award of attorneys' fees and out-of-pocket costs and expenses in an amount not to exceed $175,000.

3. I submit this Declaration in support of Plaintiff's Fee Petition for the agreed-upon amount.

4. I have reviewed the work in progress and the original time records for HMD's work on behalf of Plaintiff in this action. The work for which Plaintiff seeks attorneys' fees was actually performed by me, Richard Hayber, and members of HMD for the benefit of Plaintiff and the Settlement Group and was necessarily for the proper representation of Plaintiff and the Settlement Group.

1

5.  The expenses for which Plaintiff seeks costs and disbursements were actually incurred for the benefit of Plaintiff and the Settlement Group and were necessary for the proper representation of Plaintiff and the Settlement Group.

6.  Attached hereto as **Exhibit A** is a true and accurate copy of the invoice for all of HMD's work on behalf of Plaintiff through January 6, 2020. The invoice sets forth a description of each item of work performed, the date upon which each item of work was performed, the amount of time spent on each item of work, the identity of the lawyer, paralegal or legal assistant who performed each item of work, and the hourly rate sought for each item of work performed.

7.  The current hourly rates customarily charged to clients of HMD for class and collective actions are as follows:

    a.  Richard Hayber            $500

    b.  Deborah McKenna           $500

    c.  Donna Mahner (Paralegal)  $150

8.  My current hourly rate for national class and collective action cases is $500.00 per hour. Based upon my knowledge and experience of the legal market and of attorneys doing comparable work, my hourly rates are reasonable and in accordance with the hourly rates charged by my colleagues for similar work. Similarly, my hourly rates have been approved by courts in this district.

9.  Attached hereto as **Exhibit B** is a true and accurate copy of the "Project Costs" document for HMD's work on behalf of Plaintiff, which sets forth a detailed itemization of all amounts sought for disbursements and expenses, including the rate for which any disbursements are charged, through January 6, 2020. I verified that the amounts sought for disbursements and expenses, which are set forth in detail in **Exhibit B**, represent the actual cost to HMD. These

costs include expenses related to filing fees, and service fees. All of these costs were necessary and reasonably incurred to bring this case to a successful conclusion

10. In total, HMD spent 16.3 hours litigating this case through January 6, 2020, resulting in $4,335.00 in attorneys' fees and $721.60 in costs and disbursements.

Dated: January 6, 2020

_____
Richard Hayber