# Exhibit A

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

**Timekeeper(s)**  Ashley Pelletier; Deborah McKenna; Donna Pelletier; Ellen Wallin; Kathryn Gullen; Michael T. Petela Jr.; Raymond Dinsmore; Richard Hayber; Shari Belanger; Thomas Durkin

**File(s)**  Smelser v. Martins Famous Pastry

| Client Name | Client ID / File ID | File Name | | | Timekeeper |
|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount  Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 1/9/2018 | No Activity Code | Review federal court CMECF notice re Order granting Motion to Appear Pro Hac Vice as to Carol Steinour. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 12/27/2017 | No Activity Code | Review federal court CMECF notice re Order granting Motion to Appear Pro Hac Vice as to Shawn Wanta. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 2/12/2018 | No Activity Code | Review federal court CMECF notice re Memorandum of Rule 16 Conference and Order. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 6/7/2018 | No Activity Code | Review federal court CMECF notice re Order. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 12/5/2017 | No Activity Code | Review federal court CMECF notice re Answer deadline. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 12/11/2019 | No Activity Code | Review and save federal court CMECF notice re Claim form by Daniel Griffin. | 0.1 | 150 | 15.00   Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | Donna Mahner |
| 12/11/2019 | No Activity Code | Review and save federal court CMECF notice re Claim form by Salvador Martinez. | 0.1 | 150 | 15.00   Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/28/2018 | No Activity Code | Review federal court CMECF notice re Joint Motion to Retain Jurisdiction to Enforce the Settlement Agreement. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/30/2017 | No Activity Code | E-file Civil Cover Sheet and Class and Collective Action Complaint. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 12/27/2017 | No Activity Code | review Answer and Affirmative defenses, review docket re 26f conf deadline, email Dustin and Shawn re both, whether to remove aff defenses and meet and confer | 0.2 | 500 | 100.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/6/2018 | No Activity Code | Review federal court CMECF notice re response date for Motion for Conditional Certification. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 7/25/2018 | No Activity Code | Review federal court CMECF notice re Order. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 10/21/2017 | No Activity Code | review draft complaint, edit and revise, send comments and revisions to Dustin Massie | 0.7 | 500 | 350.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Standing Protective Order. | 0.1 | 150 | 15.00 | Not Billed |

**Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020**

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/26/2019 | No Activity Code | Review federal court CMECF notice re Order re settlement approval; motion to reopen granted; motions to seal granted. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2018 | No Activity Code | Review federal court CMECF notice re telephonic status conference held. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/11/2019 | No Activity Code | Review and save federal court CMECF notice re Claim form by Brian Peters. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/5/2018 | No Activity Code | Review federal court CMECF notice re Notice of Appearancy by Dustin W. Massie. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 8/24/2018 | No Activity Code | Telephone call with Dustin Massie re e-filings. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/31/2018 | No Activity Code | Review federal court CMECF notice re Order granting Defendant's Motion for extension of Time to respond to Motion for Conditional Certification. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 7/15/2019 | No Activity Code | Review and save federal court CMECF notice re Ruling on Motion for Settlement Approval; added task. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 10/30/2017 | No Activity Code | review final complaint, conference with paralegal re same, sign, file | 0.3 | 500 | 150.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/6/2017 | No Activity Code | Email Dustin Massie re what's needed to file Motion for Pro Hac Vice. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 8/24/2018 | No Activity Code | E-file Motion to File Under Seal Exhibit 7. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/6/2017 | No Activity Code | Prepare Motion for Pro Hac Vice for Dustin Massie and Affidavit. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 1/18/2018 | No Activity Code | teleconf with Dustin re pros and cons of stipulating to notice, limiting class, arbitration agreements, other issues | 0.3 | 500 | 150.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/7/2017 | No Activity Code | E-file Identification of Initial Discovery Protocol for Employment Cases. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 10/31/2018 | No Activity Code | prepare for and participate in call with court re motion for approval of settlement | 0.9 | 500 | 450.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/11/2019 | No Activity Code | Review and save federal court Final Approval Hearing set and added to calendar. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 6/5/2018 | No Activity Code | Finalize Joint Status Report. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 4/16/2019 | No Activity Code | Telephone call with Chambers re status of Motion for Settlement Approval; email to team. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 4/2/2018 | No Activity Code | Review federal court CMECF notice re Order re telephonic status conference held. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/12/2018 | No Activity Code | Review federal court CMECF notice re deadlines and add tasks. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/31/2018 | No Activity Code | Review federal court CMECF notice re Motion for Extension of Time to file reply to Motion for Conditional Certification. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/11/2019 | No Activity Code | Review and save federal court CMECF notice re Claim form by David Smelser. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/8/2017 | No Activity Code | Email Attorney Dustin Massie re all court documents filed to date. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/17/2018 | No Activity Code | Review federal court CMECF notice re Report of Rule 26(f). | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 2/7/2018 | No Activity Code | review 26f, complaint, prepare for status conference with Court | 0.3 | 500 | 150.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/1/2017 | No Activity Code | Review federal court CMECF notice re Motion to Amend Motion for Extension of Time to Plead. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 7/30/2019 | No Activity Code | Review and save federal court CMECF notice re order granting Motion for extension of time and update task list. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/21/2018 | No Activity Code | Finalize Joint Status Report. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/30/2017 | No Activity Code | E-file Request for Clerk to issue summons. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/27/2017 | No Activity Code | Email Dustin Massie re documents e-filed after Document 7. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/21/2018 | No Activity Code | Review federal court CMECF notice re Motion to be Admitted Pro Hac Vice for Devin Chwastyk. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 2/7/2018 | No Activity Code | participate in telephone status conf with court | 0.5 | 500 | 250.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| 9/7/2017 | No Activity Code | teleconference with Dustin from lead counsel's firm about nature of case, legal issues, which court, content of lawsuit, local counsel issues, | 0.6 | 500 | 300.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/17/2018 | No Activity Code | E-file Motion to Retain Jurisdiction and enforce settlement agreement and release. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 8/24/2018 | No Activity Code | E-file Unopposed Motion to Reopen Case. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/9/2018 | No Activity Code | Review federal court CMECF notice re Motion for Admission Pro Hac Vice for Carol Steinour Young. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 9/4/2019 | No Activity Code | Review and save federal court CMECF notice re Second Motion for Settlement and exhibits. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 7/26/2019 | No Activity Code | Review and save federal court CMECF notice re Joint Motion to Extend the deadline to file an Amended Motion for Settlement Approval. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 8/24/2018 | No Activity Code | E-file Unopposed Motion for Settlement Approval, Memorandum in Support, Declaration and exhibits. | 0.2 | 150 | 30.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Notice re Initial Discovery Protocols. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/21/2017 | No Activity Code | Finalize Motion for Attorney Shawn J. Wanta to be Admitted Pro Hac Vice. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/30/2017 | No Activity Code | Finalize Class and Collective Action Complaint. | 0.3 | 150 | 45.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/17/2018 | No Activity Code | E-file Sealed Document - Exhibit 7 Class Member Damages. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/21/2018 | No Activity Code | E-file Joint Status Report. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/7/2017 | No Activity Code | Telephone call with State Marshal Peter Privitera re service of complaint and picking up. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 6/7/2018 | No Activity Code | Review federal court CMECF notice re Joint Status Report deadline. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/21/2017 | No Activity Code | Review federal court CMECF notice re Answer with Affirmative Defenses. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 4/5/2018 | No Activity Code | Review federal court CMECF notice re telephonic status conference held. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/9/2018 | No Activity Code | Review federal court CMECF notice re Motion for Pro Hac Vice for Andrew L. Levy. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/21/2017 | No Activity Code | Finalize Motion for Attorney Dustin Massie to be Admitted Pro Hac Vice. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/10/2017 | No Activity Code | E-file Return of Service. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/9/2018 | No Activity Code | Review federal court CMECF notice re Order granting Motion to Appear Pro Hac Vice as to Andrew Levy. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/11/2019 | No Activity Code | Review and save federal court CMECF notice re Order approving preliminary settlement, final approval set; added to calendar. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Electronic Summons issued. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/12/2018 | No Activity Code | Review federal court CMECF notice re Notice of Appearance by Andrew Levy. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/21/2018 | No Activity Code | Review federal court CMECF notice re Order granting Motion to Appear Pro Hac Vice for Devin Chwastyk. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Deborah McKenna |
| 2/21/2018 | No Activity Code | Confer with TJD and DP re filing of status report | 0.1 | 500 | 50.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/21/2017 | No Activity Code | E-file Motion for Attorney Dustin Massie to be Admitted Pro Hac Vice. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Judge Michael P. Shea added. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 1/11/2018 | No Activity Code | review draft 216b motion from Dustin, edit and revise, put input into Track Changes, send back | 0.4 | 500 | 200.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/30/2018 | No Activity Code | Review federal court CMECF notice re telephonic status conference set re motion for settlement approval and added to the calendar. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 4/5/2018 | No Activity Code | Review federal court CMECF notice re Motion for Leave to File Supplemental Brief and attachment. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/5/2017 | No Activity Code | Review federal court CMECF notice re Order re Motion for Extension of Time to plead granted and denied as moot. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/14/2018 | No Activity Code | Review federal court CMECF notice re Rule 16 telephonic status conference held. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/12/2018 | No Activity Code | Review federal court CMECF notice re Notice of Appearance by Carol Steinour Young. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/27/2017 | No Activity Code | Review federal court CMECF notice re Order granting Motion to Appear Pro Hac Vice as to Dustin Massie. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/12/2018 | No Activity Code | Review federal court CMECF notice re Motion for Conditional Certification and exhibits. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 4/5/2018 | No Activity Code | Review federal court CMECF notice re Joint Status Report due. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| 10/16/2018 | No Activity Code | Review federal court CMECF notice re Order re Motion to Seal Exhibit 7 to the Motion for Settlement Approval. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/5/2018 | No Activity Code | Review federal court CMECF notice re Notice of Appearance by Shawn Wanta. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 1/4/2018 | No Activity Code | teleconference with dustin massie re upcoming rule 26 conference | 0.5 | 500 | 250.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/22/2018 | No Activity Code | Review federal court CMECF notice re Order re Joint Status Report and scheduling telephonic status conference. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Richard Hayber |
| 12/30/2019 | No Activity Code | review email from Dustin Masie re need for evidence of fees and costs, and briefing, review prior cases, find briefing, send to Dustin, find motion from Strauch, send to Dustin | 0.6 | 500 | 300.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/1/2017 | No Activity Code | Review federal court CMECF notice re Corporate Disclosure Statement. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/1/2017 | No Activity Code | Review federal court CMECF notice re Notice of Appearance by Joseph G. Fortner. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 6/5/2018 | No Activity Code | E-file Joint Status Report. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 2/20/2018 | No Activity Code | Email Dustin Massie re filing Joint Status Report. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/21/2017 | No Activity Code | E-file Motion for Attorney Shawn J. Wanta to be Admitted Pro Hac Vice. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Electronic Filing Order. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/22/2018 | No Activity Code | Review federal court CMECF notice re Notice of Appearance by Devin Chwastyk. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/7/2017 | No Activity Code | Letter to State Marshal Privitera re serving complaint. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 10/30/2017 | No Activity Code | Prepare Civil Cover Sheet. | 0.2 | 150 | 30.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 12/1/2017 | No Activity Code | Review federal court CMECF notice re Motion for Extension of Time to Plead. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Notice to Counsel. | 0.1 | 150 | 15.00 | Not Billed |

## Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020

as of Fri, January 3, 2020  9:21:02 AM

| Client Name | Client ID / File ID | File Name | | | | Timekeeper |
|---|---|---|---|---|---|---|
| Date | Activity Code | Description | Hours | Rate | Amount | Invoice # |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/2/2017 | No Activity Code | Review federal court CMECF notice re Order on Pretrial deadlines. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 1/22/2018 | No Activity Code | Review federal court CMECF notice re Order re Rule 16 telephonic status conference. | 0.1 | 150 | 15.00 | Not Billed |
| David Smelser | 938 / 02-0939 | Smelser v. Martins Famous Pastry | | | | Donna Mahner |
| 11/28/2018 | No Activity Code | Review federal court CMECF notice re Motion for Settlement Approval, Memorandum in Support and exhibits. | 0.1 | 150 | 15.00 | Not Billed |
| | | **Report Totals** | **16.3** | | **4,335.00** | |

| Summary by Activity Code | | |
|---|---|---|
| **Activity Code** | **Hours** | **Amount** |
| No Activity Code | 16.3 | 4,335.00 |
| Total | **16.3** | **4,335.00** |

| Summary by File Type | | |
|---|---|---|
| **File Type** | **Hours** | **Amount** |
| Class Action | 16.3 | 4,335.00 |
| Total | **16.3** | **4,335.00** |

| Summary by Timekeeper | | |
|---|---|---|
| **Timekeeper** | **Hours** | **Amount** |

**Time Listing from Tue, January 3, 2017 - Fri, January 3, 2020**

as of Fri, January 3, 2020  9:21:02 AM

Deborah McKenna

| | Class Action $500 hr | 0.1 | 50.00 |
|---|---|---|---|

Richard Hayber

| | Class Action $500 hr | 5.3 | 2,650.00 |
|---|---|---|---|

Donna Mahner

| | Class Action $500 hr | 10.9 | 1,635.00 |
|---|---|---|---|
| | **Total** | **16.3** | **4,335.00** |