# Exhibit B

Disbursement History
ALL DATES

| Matter # | Client Name Description | | | | Resp Law Type | Amount Billed | |
|---|---|---|---|---|---|---|---|
| | Date | Ref# | | Explanation | | | |
| 02-0939 | Smelser, David | | | | REH   Clss | | |
| | Smelser v. Martins Famous Pastry | | | | | | |
| | 11/29/2017 | amex | ff | Filing Fee | | 400.00 | N |
| | 2/9/2018 | amex | ff | Filing Fee Pro Hac Vice | | 75.00 | N |
| | 2/9/2018 | amex | ff | Filing Fee Pro Hac Vice | | 75.00 | N |
| | | | | | **Total Filing Fee** | **550.00** | |
| | 11/9/2017 | 5583 | serv | Service Fees - State Marshal | | 171.60 | N |
| | | | | | **Total Service Fees - State Marshal** | **171.60** | |
| | | | | | **Total** | **721.60** | |
| | | | | | **Firm Total** | **721.60** | |

REPORT SELECTIONS - Disbursement Analysis and Interest

| | | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Friday, January 03, 2020 at 09:33:02 AM | | |
| Selection: | Disbursement History | | |
| Matters: | 02-0939 | | |
| Clients: | All | | |
| Major Clients: | All | Matters Sort by: | Default |
| Responsible Lawyer: | All | New Page for Each Lawyer: | No |
| Client Intro Lawyer: | All | Calculate Interest: | No |
| Assigned Lawyer: | All | Calc Interest To: | 1/3/2020 |
| Include Billed: | Billed and unbilled | Include Paid: | Paid and unpaid |
| Type of Law: | All | Interest Rate: | 0.00 |
| Matter Intro Lawyer: | All | Show Firm Totals: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Billed up to: | All | Show Totals Only: | No |
| Summarize by Resp. Lawyer: | No | Summarize by Type of Law: | No |
| Summary by Explanation Codes: | No | | |
| Ver: | 14.2.2 (14.2.20181026) | Receipt up to: | 1/3/2020 |