UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID SMELSER
*individually and on behalf of all
similarly situated individuals*
          Plaintiff
    vs.

CASE NO.: 3:17CV1813(MPS)

MARTIN'S FAMOUS PASTRY SHOPPE, INC.
          Defendant

## JUDGMENT

This action having come on for consideration of the class and collective action complaint and assigned to the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed its ruling on January 28, 2020 granting the final approval of collective action settlement in accordance with the Settlement Agreement (ECF No. 88); it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in accordance with the Settlement Agreement (ECF No. 88) dismissing case.

Dated at Hartford, Connecticut, this 5th day of February, 2020.

                                    ROBIN D. TABORA, Clerk

                                    By_____/s/_____
                                      Devorah Johnson
                                      Deputy Clerk

EOD 2/5/20